UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENNA BRYAN,

    Plaintiff,

vs.

Case No. 07-CV-11955
HON. GEORGE CARAM STEEH

HYATT CORPORATION, et al.,

    Defendants.

_____/

## ORDER DISMISSING MAY 9, 2007 SHOW CAUSE ORDER (#2)

On May 9, 2007, plaintiff was ordered to show cause by May 22, 2007 why this case should not be dismissed for lack of federal subject matter jurisdiction in the absence of allegations sufficient to ascertain defendant Hyatt Corporation's principal place of business and, thus, establish complete diversity. See 28 U.S.C. § 1332(a)(1), (c)(1); JP Morgan Chase Bank v. Traffic Steam (BVI) Infrastructure Ltd., 536 U.S. 88, 91 (2002). Plaintiff filed a timely response and a First Amended Complaint on May 15, 2007 alleging Hyatt Corporation is a Delaware corporation with its principal place of business in Illinois. Plaintiff alleges she is a citizen of Michigan. Plaintiff has thus shown cause by alleging sufficient facts to establish complete diversity in this lawsuit. See Owen Equipment and Erection Co. v. Kroger, 437 U.S. 365, 373 (1978). Accordingly,

The court's order requiring plaintiff to show cause is hereby DISMISSED.

SO ORDERED.

Dated: May 21, 2007

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 21, 2007, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk